# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Sean Clark, <br><br> Plaintiff, <br><br> v. <br><br> Vital Farms, Inc., <br><br> Defendant. | Case No. 17-CIV-184-RAW |

## ORDER

Before the court is Defendant's Motion to Dismiss or Stay in Favor of Arbitration [Docket No. 8], as well as the Report and Recommendation filed on February 8, 2018 by Magistrate Judge Steven P. Shreder [Docket No. 65]. There has been no objection filed to the Report and Recommendation.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Defendant's Motion to Dismiss or Stay in Favor of Arbitration is granted in part. This matter is STAYED pending arbitration. The Amended Scheduling Order [Docket No. 57] entered on December 22, 2017 is stricken. Further, counsel are directed to file a Notice to the court every thirty (30) days as to the status of the arbitration. The first report shall be filed no later than April 1, 2018.

Dated this 27th day of February, 2018.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA